1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. 2:09-CR-273 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER SETTING |
| | ) | TRIAL SETTING CONFERENCE AND |
| v. | ) | EXCLUDING SPEEDY TRIAL ACT TIME |
| | ) | |
| CLEMENTE ARROYO, | ) | Date: May 14, 2013 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Court: Hon. John A. Mendez |
| | ) | |

Whereas, on April 18, 2013, the Ninth Circuit Court of Appeals issued its mandate that the judgment of that Court entered March 25, 2013, reversing defendant Clemente Arroyo's convictions and sentences, take effect on that date;

Whereas, as a result of the Ninth Circuit Court of Appeals' ruling, Arroyo is entitled to a new trial and the District Court should conduct a trial setting conference to set a date for the new trial;

Whereas, Michael Chastaine, Esq., defense counsel for Arroyo is not available until May 14, 2013, to attend a trial setting conference,

It is hereby stipulated by and between the parties, through

their respective counsel, that:

    1.    The District Court shall set a trial setting conference on May 14, 2013, at 9:45 a.m.;

    2.    The District Court shall exclude time from the date of the parties' stipulation, May 2, 2013, to and including the new May 14, 2013, trial setting conference date from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (continuity of defense counsel); and

    3.    The District Court shall find that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 2, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

By: /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for defendant
CLEMENTE ARROYO (per phone authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defendant continuity of defense counsel. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 2, 2013, to and including the new May 14, 2013, trial setting conference date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (continuity of defense counsel). It is further ordered that a trial setting conference shall be held on May 14, 2013, at 9:45 a.m.

Dated: 5/2/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge