1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-273-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING MOTIONS HEARING DATE |
| v. | |
| CLEMENTE FERRIAS ARROYO, | Court: Hon. John A. Mendez |
| Defendant. | |

Whereas, the United States desires additional time to respond to defendant Clemente Ferrias Arroyo's motions filed October 31, 2013, to dismiss (styled motion for a judgment of acquittal), or for a new trial, as a new prosecutor has been assigned to respond to these motions and additional time is also needed to obtain transcripts of the court proceedings relevant to these motions,

It is hereby stipulated, by and between the parties, through their respective counsel, that the previously set briefing schedule shall be amended and the motions hearing date rescheduled as follows:

1. The United States shall have until December 12, 2013, to file its response to the defense motions;

2. Defendant Arroyo shall have until December 31, 2013, to file any reply in support of his motions; and

///

///

STIPULATION AND ORDER AMENDING
BRIEFING SCHEDULE

1

3. The hearing on defendant Arroyo's motions shall be continued from December 17, 2013, to January 7, 2014, at 9:45 a.m.

DATED: November 22, 2013

/s/ Michael Chastaine

By: MICHAEL CHASTAINE
Attorney for Defendant
CLEMENTE FERRIAS ARROYO

DATED: November 22, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: November 22, 2013     /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court Judge